# CAPITAL CASE - EXECUTION SET for APRIL 27, 2017

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

KENNETH DEWAYNE WILLIAMS     *
                                          *

      PETITIONER          *

                                          *

V.                                             *

                                        *      NO: 5:07CV00234 SWW

WENDY KELLEY, Director, Arkansas   *
Department of Correction          *

                                          *

      RESPONDENT      *

## <u>ORDER</u>

Before the Court is Petitioner's motion for relief from judgment, pursuant to Rue 60(b)(6) of the Federal Rules of Civil Procedure [ECF No. 39] and motion to stay execution [ECF No. 40]. The Court requests that Respondent submit a response as soon as possible.

IT IS SO ORDERED THIS 25th DAY OF APRIL, 2017.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE