# CAPITAL CASE - EXECUTION SET for APRIL 27, 2017

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

| | | |
|---|---|---|
| KENNETH DEWAYNE WILLIAMS | * | |
| | * | |
| PETITIONER | * | |
| | * | |
| V. | * | |
| | * | NO: 5:07CV00234 SWW |
| WENDY KELLEY, Director, Arkansas | * | |
| Department of Correction | * | |
| | * | |
| RESPONDENT | * | |

## **ORDER**

Before the Court is Petitioner's motion to file a supplemental appendix to his motion for relief from judgment under seal [ECF No. 41]. Petitioner states that his motion alleges juror bias and misconduct and that the appendix includes material that would identify the names of jurors. The Court finds that Petitioner's concerns can be addressed by redacting the jurors' names. IT IS THEREFORE ORDERED that the motion to seal [ECF No. 41] is DENIED. Petitioner should file a redacted copy of the appendix.

IT IS SO ORDERED THIS 25th DAY OF APRIL, 2017.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE